# EXHIBIT A

CC: ML+B, Kawino, Gotdenny, Bartolomeo 12/1/2022 LR

MARYELLEN O'SHAUGHNESSY
CLERK OF THE FRANKLIN COUNTY COMMON PLEAS COURT, COLUMBUS, OHIO 43215
CIVIL DIVISION

HARRY CROUTHERS
494 SOUTH HAMILTON ROAD
APT 2
COLUMBUS, OH 43213,

        PLAINTIFF,
    VS.

PHILIPS
6501 LIVING PLACE
PITTSBURGH, PA 15206,

        DEFENDANT.

22CV-11-8093
CASE NUMBER

**** SUMMONS ****        11/17/22

TO THE FOLLOWING NAMED DEFENDANT:
    RESPIRONICS INC
    1001 MURRY RIDGE LANE
    MURRYSVILLE, PA 15668

YOU HAVE BEEN NAMED DEFENDANT IN A COMPLAINT FILED IN FRANKLIN COUNTY
COURT OF COMMON PLEAS, FRANKLIN COUNTY HALL OF JUSTICE, COLUMBUS, OHIO,
BY:    HARRY CROUTHERS
    494 SOUTH HAMILTON ROAD
    APT 2
    COLUMBUS, OH 43213,

        PLAINTIFF(S).

A COPY OF THE COMPLAINT IS ATTACHED HERETO. THE NAME AND ADDRESS OF
THE PLAINTIFF'S ATTORNEY IS:
    TERRY V. HUMMEL
    ATTORNEY AT LAW
    SUITE 100
    115 WEST MAIN STREET
    COLUMBUS, OH 43215

YOU ARE HEREBY SUMMONED AND REQUIRED TO SERVE UPON THE PLAINTIFF'S
ATTORNEY, OR UPON THE PLAINTIFF, IF HE HAS NO ATTORNEY OF RECORD, A COPY
OF AN ANSWER TO THE COMPLAINT WITHIN TWENTY-EIGHT DAYS AFTER THE SERVICE
OF THIS SUMMONS ON YOU, EXCLUSIVE OF THE DAY OF SERVICE. YOUR ANSWER
MUST BE FILED WITH THE COURT WITHIN THREE DAYS AFTER THE SERVICE OF A
COPY OF THE ANSWER ON THE PLAINTIFF'S ATTORNEY.

IF YOU FAIL TO APPEAR AND DEFEND, JUDGMENT BY DEFAULT WILL BE RENDERED
AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

MARYELLEN O'SHAUGHNESSY
CLERK OF THE COMMON PLEAS
FRANKLIN COUNTY, OHIO

BY:    JANIE STANLEY, DEPUTY CLERK

(CIV370-S03)

MARYELLEN O'SHAUGHNESSY
CLERK OF THE FRANKLIN COUNTY COMMON PLEAS COURT, COLUMBUS, OHIO 43215
CIVIL DIVISION

JUDGE M. SERROTT

HARRY CROUTHERS, ET. AL.,
    PLAINTIFF,

VS.

PHILIPS ET. AL.,
    DEFENDANT.

22CV-11-8093
**CASE NUMBER**

**CLERK'S ORIGINAL CASE SCHEDULE**

| | LATEST TIME OF OCCURRENCE |
|---|---|
| CASE FILED | 11/17/22 |
| INITIAL DISCLOSURES OF THE PARTIES [CIV. R. 26(B)(3)] | 02/09/23 |
| DISCOVERY CONFERENCE OF COUNSEL AND UNREPRESENTED PARTIES [CIV. R. 26(F)] | 03/16/23 |
| JOINT DISCOVERY PLAN TO BE FILED | 14 DAYS AFTER DISCOVERY CONFERENCE |
| CASE MANAGEMENT CONFERENCE WITH COURT | SET UPON REQUEST TO CHAMBERS |
| EXPERT WITNESS [CIV. R. 26(B)(7)] | |
|    DISCLOSE IDENTITY - PARTY WITH BURDEN | 06/15/23 |
|    DISCLOSE IDENTITY - PARTY WITHOUT BURDEN | NO LATER THAN 30 DAYS AFTER OPPOSING DISCLOSURE |
|    EXPERT REPORT & CV DUE - PARTY WITH BURDEN | 09/07/23 |
|    EXPERT REPORT & CV DUE - PARTY WITHOUT BURDEN | NO LATER THAN 60 DAYS AFTER OPPOSING REPORTS |
| DISPOSITIVE MOTION DEADLINE | 04/04/24 |
| DISCOVERY CUTOFF DATE | 06/06/24 |
| FINAL PRETRIAL CONFERENCE | SET UPON REQUEST TO CHAMBERS |
| TRIAL ASSIGNMENT | 11/18/24 0900 AM |

PAGE 1



```
                    MARYELLEN O'SHAUGHNESSY
       CLERK OF THE FRANKLIN COUNTY COMMON PLEAS COURT, COLUMBUS, OHIO 43215
                              CIVIL DIVISION
                                                          JUDGE M. SERROTT

HARRY CROUTHERS,
ET. AL.,
         PLAINTIFF,
                              22CV-11-8093
    VS.
                              CASE NUMBER

PHILIPS
ET. AL.,
         DEFENDANT.

                    CLERK'S ORIGINAL CASE SCHEDULE
                    --------------------------------
```

## NOTICE TO ALL PARTIES

Attorneys and unrepresented parties must become familiar with the 2020 amendments to the Ohio Rules of Civil Procedure and this court's Local Rules.

The Original Case Schedule is an important tool to assist the parties and the court in meeting case management guidelines in the Ohio Superintendence Rules, and otherwise achieving timely disposition of civil cases notwithstanding the priority given to criminal cases under Crim. R. 50.

Judicial Officers of this court may modify the Original Case Schedule following receipt of the parties' Joint Discovery Plan, or for good cause at any other point in the case. However, it is essential for attorneys and unrepresented parties to pursue their cases diligently from the outset. Deadlines set in the Rules and in this Original Case Schedule are normally binding, not merely aspirational.

                              BY ORDER OF THE COURT OF COMMON PLEAS,
                              FRANKLIN COUNTY, OHIO

                              MARYELLEN O'SHAUGHNESSY, CLERK

                                                        (CIV363-S10)

Case: 2:22-cv-04394-MHW-CMV Doc #: 1-2 Filed: 12/16/22 Page: 8 of 14 PAGEID #: 23
Franklin County Ohio Clerk of Courts of the Common Pleas- 2022 Nov 17 3:17 PM-22CV008093
0G165 - M27

## MARYELLEN O'SHAUGHNESSY

## FRANKLIN COUNTY CLERK OF COURTS
## GENERAL DIVISION, COURT OF COMMON PLEAS

CASE TITLE: HARRY CROUTHERS -VS- PHILIPS ET AL

CASE NUMBER: 22CV008093

TO THE CLERK OF COURTS, YOU ARE INSTRUCTED TO MAKE:
CERTIFIED MAIL

DOCUMENTS TO BE SERVED:
COMPLAINT

PROPOSED DOCUMENTS TO BE SERVED:

UPON:
RESPIRONICS INC
1001 MURRY RIDGE LANE
MURRYSVILLE, PA 15668

PHILIPS
6501 LIVING PLACE
PITTSBURGH, PA 15206

---

JUVENILE CITATIONS ONLY:

HEARING TYPE:

_ Date already scheduled at : Courtroom:

---

**Electronically Requested by:** TERRY V HUMMEL
**Attorney for:**

**THIS PAGE INTENTIONALLY LEFT BLANK**

Case: 2:22-cv-04394-MHW-CMV Doc #: 1-2 Filed: 12/16/22 Page: 10 of 14 PAGEID #: 25
Franklin County Ohio Clerk of Courts of the Common Pleas- 2022 Nov 17 3:17 PM-22CV008095
0G165 - M24

IN THE COURT OF COMMON PLEAS, FRANKLIN COUNTY, OHIO
CIVIL DIVISION

HARRY CROUTHERS
494 SOUTH HAMILTON ROAD, APT. 2
COLUMBUS, OHIO 43213

      PLAINTIFF,

VS.

PHILIPS
6501 LIVING PLACE
PITTSBURGH, PA 15206

      AND

RESPIRONICS, INC.
1001 MURRY RIDGE LANE
MURRYSVILLE, PA 15668

      DEFENDANTS.

CASE NO. _____

JUDGE _____

## COMPLAINT

1. On or before December 2020, Plaintiff, Harry Couthers, was prescribed, purchased and regularly used a C-PAP machine named "Dream Station" designed, manufactured, distributed and sold by Defendants, Philips, and Respironics, Inc. in the United States to assist him with nighttime breathing, but which caused him to develop acute myeloid leukemia, resulting in the damages, injuries and consequences as hereinafter set forth.

2. On or after December 2020, Plaintiff, Harry Crouthers, discovered that C-PAP machines designed and manufactured by Defendants were defective and can cause various illnesses, including cancers and leukemia.

3. Defendants, Philips and Respironics, Inc., negligently and in violation of Ohio Product Liability Statute, R.C. 2307.71, et seq., manufactured, distributed and sold the C-PAP machine:

   a. that was defective in manufacture or construction as described in section 2307.74 of the Revised Code;

   b. that was defective in design or formulation as described in section 2307.75 of the Revised Code;

   c. that was defective due to inadequate warning or instruction as described in section 2307.76 of the Revised Code;

   d. that was defective because it did not conform to a representation made by its manufacturer as described in section 2307.77 of the Revised Code.

4. As a direct and proximate result of Defendants" negligence and violations of the Ohio Product Liability Statute, R.C. 2307.71, et seq., Plaintiff, Harry Crouthers, has:

   a. sustained severe injuries to his lungs, immune system, his blood vessels and bodily organs;

   b. suffered and will continue to suffer physical pain, mental anguish, and emotional distress;

   c. required and will continue to require medical care, attention, and treatment, with resulting expenses;

   d. sustained and will continue to sustain a loss of earnings and earnings capacity,

   e. suffered and will continue to suffer impairment in the use of the affected areas of his body and a reduction in the quality and enjoyment of his life;

Said damages and injuries are permanent.

**WHEREFORE**, Plaintiff, Harry Crouthers, now demands judgment against Defendants, Philips and Respironics, Inc., in an amount in excess of Twenty-Five Thousand Dollars

Case: 2:22-cv-04394-MHW-CMV Doc #: 1-2 Filed: 12/16/22 Page: 12 of 14 PAGEID #: 27
Franklin County Ohio Clerk of Courts of the Common Pleas- 2022 Nov 17 3:17 PM-22CV008095
0G165 - M26

($25,000.00) as compensatory damages, in addition to interest, and his costs incurred herein.

Respectfully submitted,

*Terry V. Hummel*

Terry V. Hummel (0025567)
Megan Hayden (0093416)
SCOTT W. SCHIFF & ASSOC. CO., LPA
115 West Main St., Suite 100
Columbus, Ohio 43215
Tel: 614.621.8888
Fax: 614.621.8814
thummel@schifflegal.com
mhayden@schifflegal.com
Attorney for Plaintiff

THIS PAGE INTENTIONALLY LEFT BLANK

MARYELLEN O'SHAUGHNESSY
FRANKLIN COUNTY CLERK OF COURTS
373 SOUTH HIGH STREET
COLUMBUS, OHIO 43215-4579

**CERTIFIED MAIL**

**USPS CERTIFIED MAIL**



9214 8901 1952 2807 8091 08

```
22CV-11-8093    B    ADDR: 1
25567          TERRY V. HUMMEL
```

FORWARDING SERVICE REQUESTED

CROUT
RESPIRONICS INC
1001 MURRY RIDGE LANE
MURRYSVILLE, PA
15668



1566822CV08093CROUT

